AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Larkins, John K. | 2. Court or Organization<br><br>U.S. District Court, N.D. Ga. | 3. Date of Report<br><br>5/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge, Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1837 U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney | Chilivis Cochran Larkins & Bever LLP |
| 2. | Director | Atlanta Bar Association CLE Board |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Chilivis Cochran Larkins & Bever, LLP, residual collections |
| 2. | 2015-2016 | American Legal Media, coauthor legal treatise |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2016 | Chilivis Cochran Larkins & Bever LLP - Salary and Collections | $26,854.01 |
| 2. 2016 | ALM Legal Media - book royalties | $255.97 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Fidelity National Information Services, Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Sean Hewitt | Tickets to Falcons game | $434.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 3M COMPANY | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 2. | ABBOTT LABORATORIES | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 3. | | | | | | Sold | 04/04/16 | J | | |
| 4. | ALPHABET INC CL C (FKA GOOGLE, INC) | | None | | | Sold | 04/04/16 | J | A | |
| 5. | AMERICAN EXPRESS BOND | A | Interest | | | Redeemed | 09/12/16 | J | | |
| 6. | AMERICAN TOWER REIT COM | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 7. | | | | | | Sold | 04/04/16 | J | A | |
| 8. | APPLE INC | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 9. | AT&T INC | A | Dividend | | | Sold | 04/04/16 | J | B | |
| 10. | AT&T INC BOND | A | Interest | J | T | Buy | 03/24/16 | J | | |
| 11. | BANK OF AMERICA BOND | A | Interest | | | Redeemed | 10/14/16 | J | | |
| 12. | BAXALTA INC COM | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 13. | BAXTER INTL INC | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 14. | | | | | | Sold | 04/04/16 | J | A | |
| 15. | BB&T CORPORATION BOND | A | Interest | K | T | | | | | |
| 16. | BLACKROCK INC | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 17. | CALIFORNIA RESOURCES CORP (COMMON) | | None | | | Sold (part) | 03/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 04/04/16 | J | | |
| 19.  CAPITAL ONE FINANCIAL CORP | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 20. | | | | | Sold | 04/04/16 | J | | |
| 21.  CHEVRON CORP | A | Dividend | | | Sold | 04/04/16 | J | | |
| 22.  CITIGROUP INC BOND | A | Interest | J | T | | | | | |
| 23.  COLGATE PALMOLIVE CO | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 24. | | | | | Sold | 04/04/16 | J | A | |
| 25.  COMCAST CORP CLASS A | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 26.  COSTCO WHOLESALE CORP NEW | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 27. | | | | | Sold | 04/04/16 | J | A | |
| 28.  DELPHI AUTOMOTIVE PLC | A | Dividend | | | Sold | 01/14/16 | J | | |
| 29.  EMC CORP MASS | A | Dividend | | | Buy | 02/02/16 | J | | |
| 30. | | | | | Sold | 04/04/16 | J | A | |
| 31.  EOG RESOURCES INC | A | Dividend | | | Sold | 04/04/16 | J | | |
| 32.  FACEBOOK INC CLASS A | | None | | | Sold | 04/04/16 | J | A | |
| 33.  GOLDMAN SACHS GROUP INC BOND | A | Interest | | | Redeemed | 10/03/16 | J | | |
| 34.  GOLDMAN SACHS GROUP INC BOND | A | Interest | | | Redeemed | 12/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GOLDMAN SACHS GRP INC | A | Dividend | | | Sold | 04/04/16 | J | | |
| 36. HIGHLAND FLTG RATE OPPORT C | A | Dividend | J | T | | | | | |
| 37. HOME DEPOT INC | A | Dividend | | | Sold | 04/04/16 | J | B | |
| 38. HONEYWELL INTERNATIONAL INC | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 39. HSBC FINANCE CORP BOND | A | Interest | | | Redeemed | 03/15/16 | J | | |
| 40. ISHARES MSCI EAFE ETF | A | Dividend | | | Sold | 04/04/16 | J | | |
| 41. ISHARES MSCI JAPAN ETF | | None | | | Buy | 04/04/16 | J | | |
| 42. | | | | | Sold | 04/08/16 | J | A | |
| 43. ISHARES MSCI PAC EX-JPN ETF | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 44. | | | | | Sold | 04/04/16 | J | | |
| 45. ISHARES NASDAQ BIOTECH ETF | A | Dividend | | | Sold (part) | 01/20/16 | J | | |
| 46. | | | | | Sold | 04/04/16 | J | A | |
| 47. ISHARES S&P MID-CAP 400 G ETF | A | Dividend | | | Sold | 04/04/16 | J | | |
| 48. ISHARES S&P MID-CAP 400 V ETF | A | Dividend | | | Sold | 04/04/16 | J | | |
| 49. ISHARES S&P SMALL-CAP 600 V ETF | A | Dividend | | | Sold | 04/04/16 | J | | |
| 50. ISHARES SMALL CAP 600 G ETF | A | Dividend | | | Sold | 04/04/16 | J | | |
| 51. JP MORGAN CHASE & CO BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JPMORGAN CHASE & CO | A | Dividend | | | Sold | 04/04/16 | J | | |
| 53. KRAFT HEINZ CO | A | Dividend | | | Buy | 01/25/16 | J | | |
| 54. | | | | | Sold | 04/04/16 | J | A | |
| 55. LOCKHEED MARTIN CORP | A | Dividend | | | Buy | 01/14/16 | J | | |
| 56. | | | | | Sold | 04/04/16 | J | A | |
| 57. MEDTRONIC PLC SHS EXCHANGE | A | Dividend | | | Sold | 04/04/16 | J | | |
| 58. MERRILL LYNCH & CO INC BOND | A | Interest | J | T | | | | | |
| 59. MICROSOFT CORP | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 60. | | | | | Sold | 04/04/16 | J | B | |
| 61. MORGAN STANLEY BOND | A | Interest | J | T | | | | | |
| 62. NATL CITY BANK BOND | A | Interest | J | T | | | | | |
| 63. NEXTERA ENERGY INC COM | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 64. NIKE INC B | A | Dividend | | | Sold | 04/04/16 | J | | |
| 65. OCCIDENTAL PETROLEUM CORP DE | A | Dividend | | | Sold | 04/04/16 | J | | |
| 66. ORACLE CORP | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 67. PAYPAL HLDGS INC COM | | None | | | Sold | 04/04/16 | J | A | |
| 68. PEPSICO INC NC | A | Dividend | | | Sold | 04/04/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PHILIP MORRIS INTL INC | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 70. PNC BANK N.A. BOND | A | Interest | J | T | | | | | |
| 71. PNC FINANCIAL SERVICES GROUP | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 72. | | | | | Sold | 04/04/16 | J | | |
| 73. SCHLUMBERGER LTD | A | Dividend | | | Sold | 04/04/16 | J | | |
| 74. SPDR S&P 500 ETF TRUST | B | Dividend | K | T | | | | | |
| 75. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | J | T | | | | | |
| 76. STARBUCKS CORP WASHINGTON | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 77. | | | | | Sold | 04/04/16 | J | B | |
| 78. SYSCO CORP | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 79. THERMO FISHER SCIENTIFIC | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 80. | | | | | Sold | 04/04/16 | J | A | |
| 81. TRAVELERS COMPANIES INC BOND | A | Interest | J | T | | | | | |
| 82. UNION PACIFIC CORP | A | Dividend | | | Sold | 04/04/16 | J | | |
| 83. UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold | 04/04/16 | J | | |
| 84. UNITEDHEALTH GP INC | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 85. | | | | | Sold | 04/04/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VANGUARD FTSE DEVELOPED MKTS E | A | Dividend | K | T | Buy | 04/05/16 | K | | |
| 87. VANGUARD INTL EQUITY INDEX FD | A | Dividend | K | T | | | | | |
| 88. VANGUARD LARGE CAP ETF | D | Dividend | N | T | Buy | 04/05/16 | M | | |
| 89. | | | | | Buy (add'l) | 05/10/16 | J | | |
| 90. VANGUARD MID-CAP ETF INDEX | A | Dividend | L | T | Buy (add'l) | 04/05/16 | K | | |
| 91. VANGUARD SM CAP GROWTH ETF | A | Dividend | J | T | | | | | |
| 92. VANGUARD SMALL CAP ETF | A | Dividend | K | T | Buy | 04/05/16 | K | | |
| 93. VISA INC CL A | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 94. | | | | | Sold | 04/04/16 | J | A | |
| 95. VOYA GLOBAL BOND A | A | Interest | J | T | | | | | |
| 96. WALT DISNEY CO HLDG CO | A | Dividend | | | Sold | 04/04/16 | J | A | |
| 97. WELLS FARGO & CO NEW | A | Dividend | | | Buy (add'l) | 02/02/16 | J | | |
| 98. | | | | | Sold | 04/04/16 | J | | |
| 99. WELLS FARGO & COMPANY BOND | A | Int./Div. | J | T | Buy | 04/05/16 | J | | |
| 100. WELLS FARGO & COMPANY BOND | A | Interest | J | T | | | | | |
| 101. WISDOMTREE TRUST JAPAN HEDGED EQUITY FUND | | None | | | Sold | 04/04/16 | J | | |
| 102. MCCORMICK & CO | A | Dividend | J | T | Buy (add'l) | 03/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SUNTRUST BANK, N.A. ACCOUNTS | A | Interest | K | T | | | | | |
| 104. VANGUARD TARGET RET 2045 FUND | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 105. | | | | | Buy (add'l) | 01/19/16 | J | | |
| 106. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 107. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 108. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 109. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 110. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 111. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 112. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 113. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 114. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 115. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 116. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 117. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 118. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 119. | | | | | Buy (add'l) | 08/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 121. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 122. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 123. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 124. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 125. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 126. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 127. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 128. FIS GLOBAL | None | | | | Buy | 01/05/16 | J | | |
| 129. | | | | | Sold | 01/06/16 | J | | |
| 130. | | | | | Buy | 01/13/16 | J | | |
| 131. | | | | | Sold | 02/22/16 | J | | |
| 132. | | | | | Buy | 04/13/16 | J | | |
| 133. | | | | | Sold | 04/15/16 | J | A | |
| 134. | | | | | Buy | 07/13/16 | J | | |
| 135. | | | | | Sold | 07/14/16 | J | A | |
| 136. | | | | | Buy | 10/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 10/13/16 | J | | |
| 138. TIAA-CREF MANAGED ALLOCATION 5-8 | | None | K | T | Buy (add'l) | 01/15/16 | J | | |
| 139. | | | | | Buy (add'l) | 02/15/16 | J | | |
| 140. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 141. | | | | | Buy (add'l) | 03/21/16 | J | | |
| 142. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 143. | | | | | Buy (add'l) | 05/16/16 | J | | |
| 144. | | | | | Buy (add'l) | 06/06/16 | J | | |
| 145. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 146. | | | | | Buy (add'l) | 08/05/16 | J | | |
| 147. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 148. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 149. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 150. | | | | | Buy (add'l) | 12/05/16 | J | | |
| 151. TIAA-CREF MANAGED ALLOCATION 0-4 | | None | | | Buy (add'l) | 01/15/16 | J | | |
| 152. | | | | | Buy (add'l) | 02/16/16 | J | | |
| 153. | | | | | Buy (add'l) | 03/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 03/21/16 | J | B | |
| 155. MORGAN STANLEY CORPORATE BOND (DUE 7-24-2020) | | None | J | T | Buy | 09/14/16 | J | | |
| 156. MORGAN STANLEY CORPORATE BOND (DUE 1-25-2021) | | None | J | T | Buy | 10/06/16 | J | | |
| 157. BANK OF AMERICA CORPORATE BOND (DUE 9-15-2020) | | None | J | T | Buy | 10/14/16 | J | | |
| 158. BANK OF AMERICA CORPORATE BOND (DUE 11-15-2020) | | None | J | T | Buy | 12/19/16 | J | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 5/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John K. Larkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544